## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

KATRINA A. BUSTOS,

        Plaintiff,

v.                            No. CIV-10-0990 LAM

MICHAEL J. ASTRUE,  Commissioner
of the Social Security Administration,

        Defendant.

## <u>FINAL ORDER</u>

**PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the

Court enters this Final Order under FED. R. CIV. P. 58, **DENYING** Plaintiff's *Motion to Reverse*

*and Remand for a Hearing, With Supporting Memorandum (Doc. 15)*, **AFFIRMING** the decision

of the Commissioner, and **DISMISSING** this action with prejudice.

**IT IS SO ORDERED.**

*Lourdes A. Martinez*
_____
**LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**